THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANK W. MANN, Defendant-Appellant.

(No. 58737;

First District (3rd Division)—November 15, 1973.

Opinion by Mr. JUSTICE McGLOON.

Benson T. Maple, of Prospect Heights, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Albert Rosendahl, Assistant State's Attorneys, of counsel), for the People.